**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 4, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00733-CV

---

## HARRIS CENTRAL APPRAISAL DISTRICT, Appellant

## V.

## DXC TECHNOLOGY SERVICES, LLC, Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-53511**

---

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed September 13, 2023. On December 15, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.